IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| TIMOTHY L. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.12-2956-STA-tmp |
| | ) |
| MEMPHIS LIGHT, GAS & WATER, | ) |
| SEAN A. HUNT, and | ) |
| JAYE MOSBY-MEACHEM, | ) |
| | ) |
| Defendants. | ) |

---

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

---

Before the Court is the United States Magistrate Judge' Report and Recommendation that Defendants Motions to Dismiss and Motion for Sanctions be DENIED WITHOUT PREJUDICE (D.E. # 16 ) filed on July 24, 2013. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before August 12, 2013. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendants' Motions to Dismiss and Defendants Motion for Sanctions are **DENIED WITHOUT PREJUDICE.**

    IT IS SO ORDERED.

                                            s/ S. Thomas Anderson
                                            S. THOMAS ANDERSON
                                            UNITED STATES DISTRICT JUDGE

                                            Date: August 20, 2013