IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| TIMOTHY L. WILSON, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   No. 12-2956-STA-tmp |
| | ) |
| MEMPHIS LIGHT, GAS & WATER, | ) |
| SEAN A. HUNT, and JAYE | ) |
| MOSBY-MEACHEM | ) |
| | ) |
|        Defendants. | ) |

---

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM

---

On November 1, 2012, Plaintiff Timothy L. Wilson ("Plaintiff") filed a *pro se* complaint against Memphis Light, Gas & Water (D.E. #1). On November 12, 2012, the Court issued an Order (D.E. # 3) granting leave for Plaintiff to proceed *in forma pauperis*. On March 28, 2013, the Court referred the case to the Magistrate Judge Tu M. Pham for case management and for all pretrial matters for determination and/or report and recommendation as appropriate. The Magistrate Judge made a *sua sponte* review of plaintiff's Complaint to determine whether the complaint should be dismissed because it is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915(e)(2)(B). On August 20, 2013, the Magistrate Judge entered a Report & Recommendation (D.E. # 18), recommending that the Complaint be dismissed for

failure to state a claim for relief.

The parties have not filed objections to the Report and Recommendation. The Court hereby adopts the Magistrate Judge's Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(3). Consistent with the Report and Recommendation, Plaintiff's Complaint is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

                                      **s/ S. Thomas Anderson**
                                      S. THOMAS ANDERSON
                                      UNITED STATES DISTRICT JUDGE

                                      Date: September 5, 2013